| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  iCoreConnect, Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  86-2462502

4. **Debtor's address**

   **Principal place of business**
   
   **529 E. Crown Point Rd., Suite 250**
   **Ocoee, FL 34761**
   Number, Street, City, State & ZIP Code
   
   **Orange**
   County

   **Mailing address, if different from principal place of business**
   _____
   P.O. Box, Number, Street, City, State & ZIP Code
   
   **Location of principal assets, if different from principal place of business**
   _____
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **iCoreConnect, Inc.**  Case number (*if known*) _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

■ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor  **iCoreConnect, Inc.**        Case number (*if known*)
        Name

| | | |
|---|---|---|
| 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☐ No<br>■ Yes. | |

List all cases. If more than 1, attach a separate list

Debtor  **iCore MidCo., Inc.**        Relationship  **Affiliate**

District  **Middle District of Florida, Orlando Division**   When _____   Case number, if known _____

11. **Why is the case filed in *this district*?**   *Check all that apply:*

   ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

   ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

   ■ No
   ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other

   **Where is the property?**   _____
                                Number, Street, City, State & ZIP Code

   **Is the property insured?**
   ☐ No
   ☐ Yes.   Insurance agency _____
            Contact name _____
            Phone _____

---

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**   *Check one:*

   ■ Funds will be available for distribution to unsecured creditors.
   ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
   ■ 1-49
   ☐ 50-99
   ☐ 100-199
   ☐ 200-999
   ☐ 1,000-5,000
   ☐ 5001-10,000
   ☐ 10,001-25,000
   ☐ 25,001-50,000
   ☐ 50,001-100,000
   ☐ More than 100,000

15. **Estimated Assets**
   ☐ $0 - $50,000
   ☐ $50,001 - $100,000
   ☐ $100,001 - $500,000
   ☐ $500,001 - $1 million
   ■ $1,000,001 - $10 million
   ☐ $10,000,001 - $50 million
   ☐ $50,000,001 - $100 million
   ☐ $100,000,001 - $500 million
   ☐ $500,000,001 - $1 billion
   ☐ $1,000,000,001 - $10 billion
   ☐ $10,000,000,001 - $50 billion
   ☐ More than $50 billion

Debtor  **iCoreConnect, Inc.**  Case number (*if known*) _____
        Name

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | iCoreConnect, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/02/2025
               MM / DD / YYYY

X  /signed/
Signature of authorized representative of debtor

Title   Chief Financial Officer

Archit Shah
Printed name

**18. Signature of attorney**

X  /s/ Amy Denton Mayer
Signature of attorney for debtor

Date  6.2.2025
      MM / DD / YYYY

Amy Denton Mayer
Printed name

Stichter, Riedel, Blain & Postler, P.A.
Firm name

110 E. Madison St.
Suite 200
Tampa, FL 33602
Number, Street, City, State & ZIP Code

Contact phone   813-229-0144     Email address   amayer@srbp.com

0634506 FL
Bar number and State

```
Bowery Consulting Group Inc.
405 5th Ave SSuite 7
Naples, FL 34102

Jeff Stellinga
6019 Savanna Oak Aly
Windermere, FL 34786

LGH Investments
6170 Tiki Ct
San Diego, CA 92130

Lucas Ventures, LLC
6170 Tiki Ct
San Diego, CA 92130-5037

PIGI Solutions LLC
30 Fuller Road
Needham, MA 02492

PIGI Solutions, LLC
c/o Tamposi Law Group
159 Main St.
Nashua, NH 03060

Robert McDermott
4205 Clarice Court
Windermere, FL 34786

Tysadco Partners
210 West 77th Street#7W
New York, NY 10024
```