# United States Bankruptcy Court
## Middle District of Florida, Orlando Division

In re  **iCoreConnect Inc.**                                      Case No.  **6:25-bk-3390-GER**

Debtor(s)                                        Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Aaron Lindsey**<br>**4912 Crownvista Dr**<br>**Charlotte, NC 28269-0871** | **Series A** | **2,240** | **Preferred** |
| **Aaron Smith**<br>**1604 Chowan Pl**<br>**Round Rock, TX 78681-7201** | | **1** | **Common** |
| **Alamo Opportunity Fund LLC**<br>**1235 W Garmon Rd**<br>**Atlanta, GA 30327-4403** | | **25,128** | **Common** |
| **Alan Grant**<br>**23 Beechwood Way**<br>**Briarcliff Manor, NY 10510-2405** | | **1** | **Common** |
| **Alan Ostrowski**<br>**523 Avalon Gardens Dr**<br>**Nanuet, NY 10954-7442** | | **1** | **Common** |
| **Alexis Kartes**<br>**194 Topaz Dr**<br>**Winston-Salem, NC 27127** | | **6** | **Common** |
| **Alissa Gibson**<br>**C/O Company**<br>**Unknown, DE** | | **1** | **Common** |
| **Alyse Fidanza**<br>**14031 79th Ave**<br>**Seminole, FL 33776-3318** | **Series A** | **2,618** | **Preferred** |
| **Alyse Fidanza**<br>**14031 79th Ave**<br>**Seminole, FL 33776-3318** | | **791** | **Common** |
| **Andrew C & Teresa Tomasik JTWROS**<br>**109B Route 2**<br>**Lost Creek, WV 26385** | | **1** | **Common** |
| **Andrew P Chochev & Anna Baldyga JTTEN**<br>**32 Pine Cedar Dr**<br>**Palm Coast, FL 32164-7046** | | **84** | **Common** |

Sheet  1 of 27 in List of Equity Security Holders

In re:   **iCoreConnect Inc.**                                    Case No.  **6:25-bk-3390-GER**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Angela Moody**<br>**5339 Magdelena Dr**<br>**Austin, TX 78735-6381** | | **1** | **Common** |
| **Annette St. John**<br>**2261 Church St**<br>**Rahway, NJ 07065-3629** | | **260** | **Common** |
| **Annette Steinberg**<br>**1114 Vassar Dr**<br>**Kalamazoo, MI 49001** | | **1** | **Common** |
| **Anthony Cowan**<br>**7825 La Sierra Ct**<br>**Jacksonville, FL 32256-1803** | | **539** | **Common** |
| **Applied Engineering Management Corp.**<br>**14030 Thunderbolt Pl**<br>**Chantilly, VA 20151-3227** | | **7** | **Common** |
| **Archit Shah**<br>**11858 Aurelio Ln**<br>**Orlando, FL 32827-7135** | | **12,945** | **Common** |
| **B F Pittman III**<br>**C/O Integrated Realty Group**<br>**11202 Disco**<br>**San Antonio, TX 78216-2860** | | **1** | **Common** |
| **Balagura Sambandam**<br>**2415 Julia Ln**<br>**Irving, TX 75060-7268** | | **1** | **Common** |
| **Balaguru Sambandam**<br>**2415 Julia Ln**<br>**Irving, TX 75060-7268** | | **1** | **Common** |
| **Balance Account For Unexchanged Holders**<br>**for F297UNEX and F297UNEX2**<br>**1 State St Fl 30**<br>**New York, NY 10004-1571** | | **28,373** | **Common** |
| **Barbara A Stellinga**<br>**5405 W Utica Pl**<br>**Sioux Falls, SD 52107** | | **13** | **Common** |

List of equity security holders consists of 27 total page(s)

In re:    **iCoreConnect Inc.** _____    Case No.  **6:25-bk-3390-GER** _____
                                                            Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Bill J Tomasik**<br>**109B Route 2**<br>**Lost Creek, WV 26385** | | **1** | **Common** |
| **Blue Water Investments Group Corp**<br>**Trident Chambers**<br>**P.O. Box 146, Road Town**<br>**Tortola, VI 1754566** | | **3** | **Common** |
| **Bob Warshawer**<br>**1512 Fairview St**<br>**Bellingham, WA 98229-5211** | | **1** | **Common** |
| **Bowery Consulting Group Inc**<br>**405 5Th Ave S**<br>**Naples, FL 34102-6525** | | **220,289** | **Common** |
| **Brendon Allday**<br>**17402 N 19Th Ave, Apt 2**<br>**Phoenix, AZ 85023-2411** | | **12** | **Common** |
| **Brian Groh**<br>**11201 Native Texan Trl**<br>**Austin, TX 78735-1741** | | **1** | **Common** |
| **Brian Groh**<br>**825 West Dumfries Road N**<br>**Paris, On, QC N3LE32**<br>**CANADA** | | **1** | **Common** |
| **C Christian A Gonzalez**<br>**12663 Hawkstone Dr**<br>**Windermere, FL 34786-6608** | | **3** | **Common** |
| **Caoital Counsel, LLC**<br>**700 13th St NW**<br>**Washington, DC 20005-3960** | | **1** | **Common** |
| **Carly Garrison**<br>**16224 Outlook Shore Aly**<br>**Winter Garden, FL 34787-4457** | **Series A** | **2,602** | **Preferred** |
| **Carly Garrison**<br>**16224 Outlook Shore Aly**<br>**Winter Garden, FL 34787-4457** | **Series A** | **2,785** | **Preferred** |

List of equity security holders consists of 27 total page(s)

In re:   **iCoreConnect Inc.** _____ Case No.  **6:25-bk-3390-GER** _____
                                      Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Carly Garrison**<br>**16224 Outlook Shore Aly**<br>**Winter Garden, FL 34787-4457** | | **2,335** | **Common** |
| **Carol Hancock**<br>**523 Avalon Gardens Dr**<br>**Nanuet, NY 10954-7442** | | **3** | **Common** |
| **Carvepr**<br>**125 Abbie Ct**<br>**Guttenberg, NJ 07093-8377** | | **1** | **Common** |
| **Catherine A Cabulio**<br>**4575 Tarantella Ln**<br>**San Diego, CA 92130-2463** | | **1** | **Common** |
| **Cede & Co**<br>**570 Washington Blvd**<br>**Jersey City, NJ 07310-1617** | **Series A** | **299,961** | **Preferred** |
| **Cede & Co**<br>**570 Washington Blvd**<br>**Jersey City, NJ 07310-1617** | | **4,127,023** | **Common** |
| **Center For Sharing Inc**<br>**3525 E A St**<br>**Pasco, WA 99301-5252** | | **1** | **Common** |
| **Chan Coddington**<br>**141 Oakwood Dr**<br>**New Providence, NJ 07974-2116** | | **1** | **Common** |
| **Chan Coddington 2008 Short Term Trust**<br>**141 Oakwood Dr**<br>**New Providence, NJ 07974-2116** | | **2** | **Common** |
| **Charles Olsen**<br>**32 Pascack Rd**<br>**Park Ridge, NJ 07656-2024** | | **1** | **Common** |
| **Chirag Choudhary**<br>**347 W 57th St., Apt 41E**<br>**New York, NY 10019-3172** | **Series A** | **3,066** | **Preferred** |
| **Chris Gamell**<br>**2904 Stone Field**<br>**The Colony, TX 75056** | | **19** | **Common** |

List of equity security holders consists of 27 total page(s)

In re:   **iCoreConnect Inc.**                                    Case No.  **6:25-bk-3390-GER**
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Chris Mathis**<br>**21 Eton Green Cir**<br>**San Antonio, TX 78257-1634** | | **1** | **Common** |
| **Christian Lapuste**<br>**6125 W Acoma Dr.**<br>**Phoenix, AZ 85306** | | **42** | **Common** |
| **Christin John Gauquie**<br>**108 Golf View Dr.**<br>**Greenville, NC 27834** | | **831** | **Common** |
| **Christopher & Diane Scearce JTWROS**<br>**3101 Summerhurst Dr**<br>**Midlothian, VA 23113-2192** | | **31** | **Common** |
| **Clairdis**<br>**73 Ledge Dr**<br>**Plainfield, NH 03781-5027** | | **4** | **Common** |
| **Claudia McCain**<br>**2220 20th St Nw Apt 41**<br>**Washington, DC 20009-5010** | | **1** | **Common** |
| **Clearthink Capital Partners**<br>**210 W 77th St., Apt 7W**<br>**New York, NY 10024-6792** | **Series A** | **5,040** | **Preferred** |
| **Clearthink Capital Partners LLC**<br>**228 Park Ave S**<br>**Pmb 57033**<br>**New York, NY 10003-1502** | | **197,767** | **Common** |
| **Cobblestone Capital Associates, LLC**<br>**399 Mendham Rd**<br>**Bernardsville, NJ 07924-1205** | | **11,865** | **Common** |
| **Cody Thomas**<br>**3280 Soho St**<br>**Apt 302**<br>**Orlando, FL 32835-7566** | | **12** | **Common** |
| **Colin Krieger**<br>**1446 San Simeon Ct**<br>**Merced, CA 95348-9532** | | **1** | **Common** |

List of equity security holders consists of 27 total page(s)

In re:   **iCoreConnect Inc.**                                    Case No.  **6:25-bk-3390-GER**

_____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Collin Schmitt**<br>**2179 E Cochise Avenue**<br>**Apache Junction, AZ 85119** | | **6** | **Common** |
| **Constance Rollberg**<br>**3401 Wax Myrtle Circle**<br>**Zellwood, FL 32798** | | **539** | **Common** |
| **Craig Bartlett**<br>**C/O Company**<br>**Unknown, DE** | | **1** | **Common** |
| **Craig Stout & Laura Martin-Stout**<br>**5 Knapton Estate Road**<br>**Smith's Parish**<br>**HS01 BD** | | **1** | **Common** |
| **Crom Cortana Fund LLC**<br>**228 Park Ave S**<br>**South PMB 57033**<br>**New York, NY 10003-1502** | | **1,282** | **Common** |
| **Damon Menne**<br>**C/O Clariclare Inc**<br>**924 N Pennsylvia Ave, Suite C**<br>**Indinapolis, IN 46204** | | **6** | **Common** |
| **Damvix Advisors LLC**<br>**1390 Brickell Ave., Ste 400**<br>**Miami, FL 33131-3329** | **Series A** | **10,468** | **Preferred** |
| **Dan Hajjar**<br>**32 Binnington Rd**<br>**Convent Station, NJ 07971** | | **1** | **Common** |
| **Dan K Webb**<br>**C/O Winston & Strawn**<br>**35 W Wacker Dr Fl 46**<br>**Chicago, IL 60601-1723** | | **2** | **Common** |
| **Daniel Burns**<br>**946 Sea Wind Ct**<br>**Carlsbad, CA 92011-1143** | | **3** | **Common** |
| **Daniel K Webb**<br>**C/O Samuel Fortenbaugh**<br>**45 Rockefeller Plz Ste 1401**<br>**New York, NY 10111-1499** | | **2** | **Common** |

List of equity security holders consists of 27 total page(s)

In re: **iCoreConnect Inc.**                 Case No. **6:25-bk-3390-GER**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Davi Holdings, LLC**<br>**26041 Fawnwood Ct**<br>**Bonita Springs, FL 34134-8690** | | **2,043** | **Common** |
| **David Fidanza**<br>**14031 79th Ave**<br>**Seminole, FL 33776-3318** | **Series A** | **40,939** | **Preferred** |
| **David Fidanza**<br>**14031 79th Ave**<br>**Seminole, FL 33776-3318** | | **3,899** | **Common** |
| **David Gerrard**<br>**925 Shiloh Rd**<br>**West Chester, PA 19382-7533** | | **41** | **Common** |
| **David Kibbe**<br>**594 Woodbury # D**<br>**Pittsboro, NC 27312** | | **1** | **Common** |
| **David Pettigrew**<br>**30 Kinderkamack Rd**<br>**Oradell, NJ 07649-2615** | | **1** | **Common** |
| **David Ritmueller**<br>**C/O Vemics Inc.**<br>**532 Avalon Gardens Dr**<br>**Nanuet, NY 10954-7443** | | **1** | **Common** |
| **David Weinstein**<br>**6 Veronica Ct**<br>**Manalapan, NJ 07726-7934** | | **2** | **Common** |
| **David Weissberg**<br>**96 Cresent Beach Dr**<br>**Halesite, NY 11743-1447** | | **15** | **Common** |
| **Denis Bignold**<br>**3222 Eagleridge Way**<br>**Bellingham, WA 98226-7821** | | **1** | **Common** |
| **Dennis Bartlett**<br>**95 Logan Lane**<br>**Wyckoff, NJ 07481** | | **1** | **Common** |
| **Dhamija Trust**<br>**1433 Dunbrooke Loop**<br>**Longwood, FL 32779-3084** | | **1,406** | **Common** |

List of equity security holders consists of 27 total page(s)

In re:  **iCoreConnect Inc.**                                    Case No.  **6:25-bk-3390-GER**
                              Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Don Hancock**<br>**523 Avalon Gardens Dr**<br>**Nanuet, NY 10954-7442** | | **2** | **Common** |
| **Donald Hersh**<br>**16 Hawthorne Ct**<br>**Morristown, NJ 07960-2725** | | **1** | **Common** |
| **Donald Miller**<br>**85 Old Farm Rd**<br>**Basking Ridge, NJ 07920** | | **1** | **Common** |
| **Dorathey McFaul**<br>**2045 5th Ave**<br>**San Rafael, CA 94901-1765** | | **1** | **Common** |
| **Dorothy A Stone Investments LLC**<br>**19 Ridge Ter**<br>**Asheville, NC 28804-2757** | | **53** | **Common** |
| **Doug Player**<br>**2301 Haines Rd Suite 201**<br>**Mississauga, ON L4Y 1Y5**<br>**CANADA** | | **1** | **Common** |
| **EBM Inc**<br>**C/O Company**<br>**Unknown, DE** | | **2** | **Common** |
| **Ed Nunn**<br>**10470 E Dutchmans Trl**<br>**Gold Canyon, AZ 85118-4916** | | **6** | **Common** |
| **Ed Ryterband**<br>**523 Avalon Gardens Dr**<br>**Nanuet, NY 10954-7442** | | **1** | **Common** |
| **Edward Jacob Liff**<br>**1319 W Osborn Rd**<br>**Phoenix, AZ 85013-3619** | | **143** | **Common** |
| **Edward Liff**<br>**1319 W Osborn Rd**<br>**Phoenix, AZ 85013-3619** | **Series A** | **1,120** | **Preferred** |
| **Edward Steelman**<br>**19 Lamoyne Ln**<br>**Palm Coast, FL 32137-9603** | | **58** | **Common** |

List of equity security holders consists of 27 total page(s)

In re:   **iCoreConnect Inc.**                                                      Case No.   **6:25-bk-3390-GER**

                                        Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Equity Trust Co FBO Peter Huitsing IRA C/O Icoreconnect 529 E Crown Point Rd Ste 250 Ocoee, FL 34761-3621** | | **4,913** | **Common** |
| **Eric Georgatos 119 Garfield Ct Celina, TX 75009** | | **2,855** | **Common** |
| **Esther Chapman 404 S Estate Dr Orange, CA 92869-4816** | | **4** | **Common** |
| **Eugene McNany 11 Saint Lawrence Ave Maplewood, NJ 07040-1117** | | **1** | **Common** |
| **F Chandler Coddington 141 Oakwood Dr New Providence, NJ 07974-2116** | | **3** | **Common** |
| **Family Life Educational Ministries Inc 4385 N 75th St Ste 201 Scottsdale, AZ 85251-3559** | | **2** | **Common** |
| **Felix M & Angela Gonzalez Jt Ten 507 Macchi Ave Oakland, FL 34787-3061** | | **168** | **Common** |
| **Fordham Financial Management Inc. 17 Battery Pl Ste 643 New York, NY 10004-1137** | **Series A** | **9,016** | **Preferred** |
| **Frank Pellegrino 208 Glen Crest Dr Branchburg, NJ 08853-4242** | | **1** | **Common** |
| **Frankie Oliverio 4821 Highlawn Dr Burnaby, BC V5C 3T2 CANADA** | | **1** | **Common** |
| **Franklyn Ideas C/O Vemics 523 Avalon Gardens Dr Nanuet, NY 10954-7442** | | **1** | **Common** |

List of equity security holders consists of 27 total page(s)

In re:    **iCoreConnect Inc.**                                          Case No.  **6:25-bk-3390-GER**
_____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Fred Anton Stahl**<br>**523 Avalon Gardens Dr**<br>**Nanuet, NY 10954-7442** | | **1** | **Common** |
| **Fund Management Group LLC**<br>**1131 Brickell Avenue**<br>**South Tower 8th Fl**<br>**Miami, FL 33131** | | **2,457** | **Common** |
| **Fundamental Global Inc**<br>**108 Gateway Blvd Ste 204**<br>**Mooresville, NC 28117-5597** | | **15,811** | **Common** |
| **G Allen Andreas**<br>**Andreas Office Attn Dean Wuebker**<br>**2019 3rd Ave**<br>**Mankato, MN 56001-2804** | | **4** | **Common** |
| **Gail Ann Barrett**<br>**9050 Park Blvd**<br>**Unit 8**<br>**Seminole, FL 33777-4128** | | **187** | **Common** |
| **Gary Boyer**<br>**PO Box 8**<br>**Polk City, FL 33868-0008** | **Series A** | **17,920** | **Preferred** |
| **Gene E Crick & Bonnie M Crick JTWROS**<br>**936 Oak St**<br>**Orlando, FL 32804-6236** | | **108** | **Common** |
| **Gene McNany**<br>**11 Saint Lawrence Ave**<br>**Maplewood, NJ 07040-1117** | | **1** | **Common** |
| **Genisis**<br>**3773 W 5th Ave**<br>**Post Falls, ID 83854-6728** | | **1** | **Common** |
| **Gil Fishman Associates**<br>**955 Massachusetts Ave**<br>**Cambridge, MA 02139-3233** | | **1** | **Common** |
| **Glen Kessler**<br>**12620 Garman Dr**<br>**Nokesville, VA 20181-2733** | | **1** | **Common** |

List of equity security holders consists of 27 total page(s)

In re:   **iCoreConnect Inc.**                                    Case No.  **6:25-bk-3390-GER**
                          Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Granger Whitelaw**<br>**307 Cooper Rd**<br>**Red Bank, NJ 07701-6035** | | **1** | **Common** |
| **Gregory J. Owens Revocable Trust**<br>**315 Rainwater Rd**<br>**Senoia, GA 30276-2649** | | **163** | **Common** |
| **Gregory Morton**<br>**14128 Liberty Hill Church Rd**<br>**Oakboro, NC 28129-9645** | | **257** | **Common** |
| **Hans Warrick Jervis**<br>**1615 Violet St**<br>**Golden, CO 80401-2541** | | **274** | **Common** |
| **Harry Martin Jr.**<br>**1908 Reston Metro Plz, Apt 1915**<br>**Reston, VA 20190-5945** | | **4** | **Common** |
| **Healthcare USA**<br>**785 Hustleville Rd**<br>**Albertville, AL 35951-5349** | | **5** | **Common** |
| **Henry Denis**<br>**83 Green Street**<br>**Valley Stream, NY 11580** | | **6** | **Common** |
| **High Sonoran Group Inc**<br>**4385 N 75th St**<br>**Scottsdale, AZ 85251-3558** | | **5** | **Common** |
| **Icoreconnect Balance Account**<br>**For Unvested Shares**<br>**New York, NY 10004** | | **6** | **Common** |
| **Icoreconnect Inc Balance Certificate**<br>**Represented Unvested Shares**<br>**C/O Continental Stock Transfer**<br>**1 State St Fl 30**<br>**New York, NY 10004-1571** | | **6** | **Common** |
| **Imber Investments, LLC**<br>**111 W El Prado Dr**<br>**San Antonio, TX 78212-2024** | | **159** | **Common** |

List of equity security holders consists of 27 total page(s)

In re:   **iCoreConnect Inc.**                                    Case No.   **6:25-bk-3390-GER**

_Debtor(s)_

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Insite**<br>**C/O Tim Stolzenberger**<br>**64 High St**<br>**Allentown, NJ 08501-1913** | | **1** | **Common** |
| **Interactive**<br>**12778 Mount Hermon Rd**<br>**Ashland, VA 23005-7814** | | **1** | **Common** |
| **Jack Edward Oxendine**<br>**3115 Allison St**<br>**Belmont, NC 28012-9624** | | **67** | **Common** |
| **Jack Touhey**<br>**301 Karen Ct**<br>**Freehold, NJ 07728-9361** | | **1** | **Common** |
| **Jacob Robenalt**<br>**12418 Rio Paloma**<br>**San Antonio, TX 78249-3748** | | **1** | **Common** |
| **James Rickard**<br>**26355 Rainbow Glen Drive**<br>**Newhall, CA 91321-1395** | | **185** | **Common** |
| **James Roden**<br>**4386 N 75th St**<br>**Scottsdale, AZ 85251-3505** | | **3** | **Common** |
| **Jan Henningsen**<br>**13506 Summerport Village Pkwy # 351**<br>**Windermere, FL 34786-5403** | | **541** | **Common** |
| **Jared Madellin**<br>**815 Galsworthy Ave**<br>**Orlando, FL 32809-6430** | | **84** | **Common** |
| **Jason Prentice**<br>**8015 W Via Montoya Dr**<br>**Peoria, AZ 85383-2172** | **Series A** | **5,205** | **Preferred** |
| **Jason Prentice**<br>**8015 W Via Montoya Dr**<br>**Peoria, AZ 85383-2172** | **Series A** | **5,569** | **Preferred** |
| **JD Investments Inc**<br>**4385 N 75th St Ste 201**<br>**Scottsdale, AZ 85251-3559** | | **1** | **Common** |

List of equity security holders consists of 27 total page(s)

In re: **iCoreConnect Inc.**        Case No. **6:25-bk-3390-GER**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **JDS Trust**<br>**C/O Sonoran Pacific Resources**<br>**4385 N 75Th St Ste 201**<br>**Scottsdale, AZ 85251-3559** | | **2** | **Common** |
| **JDS Trust Dtd 08/22/2004**<br>**C/O Jerry Smith**<br>**4385 N 75th St Ste 201**<br>**Scottsdale, AZ 85251-3559** | | **2** | **Common** |
| **Jeff Stellinga**<br>**26942 Silent Ridge Dr**<br>**Tavares, FL 32778-6125** | **Series A** | **5,600** | **Preferred** |
| **Jeff Stellinga**<br>**26942 Silent Ridge Dr**<br>**Tavares, FL 32778-6125** | | **15,645** | **Common** |
| **Jefferson Street Capital, LLC**<br>**200 14th Ave. E.**<br>**Sartell, MN 56377** | | **1,282** | **Common** |
| **Jeffrey Holt**<br>**30034 Donnington Loop**<br>**Mount Dora, FL 32757-7821** | | **539** | **Common** |
| **Jeffrey L Hines**<br>**27 N Moore St Ste 4E**<br>**New York, NY 10013** | | **1** | **Common** |
| **Jeffrey Singer**<br>**1141 Tice Pl**<br>**Westfield, NJ 07090-2741** | **Series A** | **136** | **Preferred** |
| **Jeffrey Stellinga**<br>**26942 Silent Ridge Dr**<br>**Tavares, FL 32778-6125** | **Series A** | **5,234** | **Preferred** |
| **Jerry D Smith Trustee**<br>**UA Dtd 8-22-05 JDS Trust**<br>**4385 N 75th St Ste 201**<br>**Scottsdale, AZ 85251-3559** | | **95** | **Common** |
| **Jerry Smith TR UA Dtd 08-22-05**<br>**The JDS Trust**<br>**4385 N 75th St**<br>**Scottsdale, AZ 85251-3558** | | **25** | **Common** |

List of equity security holders consists of 27 total page(s)

In re:   **iCoreConnect Inc.** _____ Case No.  **6:25-bk-3390-GER** _____

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jerry Smith TR UA Dtd 1-25-91, JDS Trust**<br>**4385 N 75th St**<br>**Scottsdale, AZ 85251-3558** | | **3** | **Common** |
| **Jerry Smith TR UA Dtd 1-25-91, JDS Trust**<br>**4385 N 75th St**<br>**Scottsdale, AZ 85251-3558** | | **2** | **Common** |
| **Jerry Smith TR UA Dtd 1-25-91, JDS Trust**<br>**4385 N 75th St**<br>**Scottsdale, AZ 85251-3558** | | **2** | **Common** |
| **Jim Pennington**<br>**3222 Eagleridge Way**<br>**Bellingham, WA 98226-7821** | | **1** | **Common** |
| **Joanna Dames**<br>**1050 Crown Ct**<br>**Diamond, IL 60416-3004** | | **32** | **Common** |
| **Joe Marziale**<br>**2260 Wilmhurst Rd**<br>**Deland, FL 32720-2390** | | **116** | **Common** |
| **John A & Margaret Sturm Trust**<br>**611 Ponte Vedra Blvd Unit 123**<br>**Ponte Vedra Beach, FL 32082-2764** | | **211** | **Common** |
| **John Conner**<br>**23 Malcolm St**<br>**Morristown, NJ 07960-4268** | | **1** | **Common** |
| **John Cork**<br>**8655 S Priest Dr**<br>**Tempe, AZ 85284-1913** | | **3** | **Common** |
| **John Fitzgibbon**<br>**615 Oakdale St**<br>**Windermere, FL 34786-3553** | | **524** | **Common** |
| **John Meade**<br>**5607 Hunters Glen Dr**<br>**Plainsboro, NJ 08536-2855** | | **1** | **Common** |
| **John R & Nicole L Pasqual JTWROS**<br>**10460 Prestwick Rd**<br>**Boynton Beach, FL 33436-4417** | | **671** | **Common** |

List of equity security holders consists of 27 total page(s)

| In re: | **iCoreConnect Inc.** | | Case No. | **6:25-bk-3390-GER** |
| | Debtor(s) | | | |

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John R Pasqual**<br>**10460 Prestwick Rd**<br>**Boynton Beach, FL 33436-4417** | **Series A** | **2,800** | **Preferred** |
| **John R Pasqual**<br>**10460 Prestwick Rd**<br>**Boynton Beach, FL 33436-4417** | | **24,917** | **Common** |
| **John Walber**<br>**14 Nicols Way**<br>**Easthampton, MA 01027-4405** | | **2** | **Common** |
| **Jonte Janica**<br>**7 Live Oak Ave**<br>**Yalaha, FL 34797-3029** | | **12** | **Common** |
| **Joranamo Holdings LP**<br>**16607 Blanco Rd Ste 707**<br>**San Antonio, TX 78232-1941** | | **19** | **Common** |
| **Jose Luis Guerra Jr**<br>**16607 Blanco Rd Ste 707**<br>**San Antonio, TX 78232-1941** | | **18** | **Common** |
| **Joseph Gitto**<br>**2329 Tillman Ave**<br>**Winter Garden, FL 34787-5490** | | **539** | **Common** |
| **Joshua Coffey**<br>**8512 Lake Vista Ct Apt 8101**<br>**Orlando, FL 32821-6260** | | **6** | **Common** |
| **JTJ Capital LLC**<br>**25130 Callaway**<br>**San Antonio, TX 78260-7255** | | **19** | **Common** |
| **Jubilee Fellowship Inc**<br>**29 Jubilee Cir**<br>**Prescott, WA 99348-8607** | | **2** | **Common** |
| **Kaitlyn Thompson**<br>**5351 Abelia Dr**<br>**Orlando, FL 32819-3308** | | **84** | **Common** |
| **Karl Schlegal**<br>**523 Avalon Gardens Dr**<br>**Nanuet, NY 10954-7442** | | **1** | **Common** |

List of equity security holders consists of 27 total page(s)

In re:   **iCoreConnect Inc.** _____   Case No.   **6:25-bk-3390-GER** _____

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kekoz Investments LLC**<br>**4465 Begonia Ct**<br>**Windermere, FL 34786-7414** | | **5** | **Common** |
| **Kelly Velez**<br>**134 N Pressview Ave**<br>**Longwood, FL 32750-3811** | | **12** | **Common** |
| **Ken Mathews**<br>**500 Madison Ave**<br>**Morristown, NJ 07960-6178** | | **1** | **Common** |
| **Kenneth Matthews**<br>**83 Cambridge Dr**<br>**Berkeley Heights, NJ 07922-2637** | | **1** | **Common** |
| **Kevin Mangan**<br>**42 Wellington Rd**<br>**Garden City, NY 11530-4148** | **Series A** | **63,516** | **Preferred** |
| **Kevin McDermott**<br>**1413 Highway 17 S., # 212**<br>**Surfside Beach, SC 29575-6040** | **Series A** | **1,120** | **Preferred** |
| **Kevin P McDermott**<br>**1413 Highway 17 S # 212**<br>**Surfside Beach, SC 29575-6040** | | **17,554** | **Common** |
| **Konstantine Ushakov**<br>**3222 Eagleridge Way**<br>**Bellingham, WA 98226-7821** | | **1** | **Common** |
| **Larry G Swets Jr**<br>**C/O FG Merger Corp**<br>**105 S Maple St**<br>**Itasca, IL 60143-2044** | | **2,843** | **Common** |
| **Larry Shemen**<br>**510 Marquette Ave Fl 9**<br>**Minneapolis, MN 55402-1116** | | **1** | **Common** |
| **Larry Shemen**<br>**220 Maple St**<br>**Englewood, NJ 07631** | | **1** | **Common** |
| **Learningstation, Inc**<br>**8008 Corporate Center Dr**<br>**Charlotte, NC 28226-4552** | | **4** | **Common** |

List of equity security holders consists of 27 total page(s)

In re:    **iCoreConnect Inc.** _____    Case No.  **6:25-bk-3390-GER** _____
                                                Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Lee Larson**<br>**153 Farm Knoll Way**<br>**Mooresville, NC 28117-0010** | **Series A** | **2,240** | **Preferred** |
| **Lee Olsen**<br>**510 Devonshire Farms Way**<br>**Alpharetta, GA 30004-4321** | | **1** | **Common** |
| **Lisa Wojcik**<br>**6819 W Vogel Ave**<br>**Peoria, AZ 85345-8802** | | **6** | **Common** |
| **Liza Rivera**<br>**614 Fern Lake Dr**<br>**Orlando, FL 32825** | | **6** | **Common** |
| **Lorena Sicilia**<br>**2301 Haines Rd Suite 201**<br>**Mississauga, ON L4Y 1Y5**<br>**CANADA** | | **1** | **Common** |
| **Louis Meade & Margret Meade**<br>**44 Red Rd**<br>**Chatham, NJ 07928-2737** | | **1** | **Common** |
| **Lucinda Smith**<br>**4385 N 75th St Ste 201**<br>**Scottsdale, AZ 85251-3559** | | **95** | **Common** |
| **Lyndsey Tysiac**<br>**3034 Fairway Ln Apt 4**<br>**Orlando, FL 32804-3757** | | **6** | **Common** |
| **Lynn Alligood Living Trust**<br>**13361 Atlantic Blvd**<br>**Jacksonville, FL 32225-5569** | | **671** | **Common** |
| **Madison Trust Co Cust**<br>**David Gerrard M21016279**<br>**925 Shiloh Rd**<br>**Westchester, PA 19382** | | **2,078** | **Common** |
| **Madison Trust Co FBO**<br>**Jeff Stellinga M19112626**<br>**401 E 8th St Ste 200**<br>**Sioux Falls, SD 57103-7011** | | **1,844** | **Common** |

List of equity security holders consists of 27 total page(s)

In re:   **iCoreConnect Inc.**                                    Case No.   **6:25-bk-3390-GER**

_____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Madison Trust Co FBO**<br>**Jeff Stellinga M19112626**<br>**401 E 8th St Ste 200**<br>**Sioux Falls, SD 57103-7011** | | **1,173** | **Common** |
| **Manuel Estrada Jr**<br>**1901 E Tierra Buena Ln**<br>**Phoenix, AZ 85022-3352** | | **42** | **Common** |
| **Maria Robles**<br>**212 E 42nd Street**<br>**Brooklyn, NY 11203** | **Series A** | **68** | **Preferred** |
| **Mark McFaul**<br>**2045 5th Ave**<br>**San Rafael, CA 94901-1765** | | **1** | **Common** |
| **Mark Meade**<br>**C/O Vemics Inc.**<br>**523 Avalon Gardens Dr**<br>**Nanuet, NY 10954-7442** | | **1** | **Common** |
| **Mark Vitale**<br>**33 Tilton Rd**<br>**Brick, NJ 08723-5843** | | **1** | **Common** |
| **Martin Janis & Company**<br>**401 N Michigan Ave Ste 2920**<br>**Chicago, IL 60611-5592** | | **1** | **Common** |
| **Mary Ann Parham**<br>**30435 US Highway 281 N**<br>**Bulverde, TX 78163-3156** | | **1** | **Common** |
| **Mary B. Stevens**<br>**1404 Lake Florence Way**<br>**Winter Park, FL 32792-8100** | | **40** | **Common** |
| **Mary Bisson**<br>**8008 Glitter Ct**<br>**Orlando, FL 32836-6041** | | **84** | **Common** |
| **Mason Stellinga**<br>**5800 Nature View Dr**<br>**Windermere, FL 34786-5133** | | **6** | **Common** |

List of equity security holders consists of 27 total page(s)

In re:  **iCoreConnect Inc.**                                        Case No.  **6:25-bk-3390-GER**

                                   Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Matt Pollack**<br>**7 Stony Brook Rd**<br>**Sloatsburg, NY 10974-1315** | | **1** | **Common** |
| **Matthew Gill**<br>**124 Canopy Ct**<br>**Mooresville, NC 28115-3197** | | **6** | **Common** |
| **Matthew Merkle**<br>**1300 Cielo Vista Dr**<br>**Keller, TX 76248-5722** | | **10** | **Common** |
| **MDMC Law**<br>**% Edward Deutsch**<br>**40 W Ridgewood Ave**<br>**Ridgewood, NJ 07450-3136** | | **1** | **Common** |
| **Medunity**<br>**327 Quaker Meeting House Rd**<br>**East Sandwich, MA 02537-1300** | | **6** | **Common** |
| **Mia Demelo-Cole**<br>**2179 E Cochise Ave**<br>**Apache Junction, AZ 85119-6707** | | **6** | **Common** |
| **Michael A. Kirk**<br>**3773 W 5Th Ave Fl 3**<br>**Post Falls, ID 83854-6728** | | **2** | **Common** |
| **Michael Allen Nelson**<br>**3008 Nw 68Th St**<br>**Seattle, WA 98117-6217** | | **409** | **Common** |
| **Michael Biederman**<br>**565 Greenwood Ave Ne**<br>**Atlanta, GA 30308-1839** | | **623** | **Common** |
| **Michael Islik**<br>**C/O Vemics**<br>**523 Avalon Gardens Dr**<br>**Nanuet, NY 10954-7442** | | **1** | **Common** |
| **Michael Lorelli**<br>**NV** | | **1** | **Common** |
| **Michael McGee**<br>**DE** | | **1** | **Common** |

List of equity security holders consists of 27 total page(s)

In re:  **iCoreConnect Inc.** _____ Case No. **6:25-bk-3390-GER** _____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Muralidar Chakravarthi**<br>**7324 Ella Lane**<br>**Windermere, FL 34786** | | **3,398** | **Common** |
| **Myleaderboard Inc**<br>**200 Federal St**<br>**Camden, NJ 08103-1061** | | **1** | **Common** |
| **Nancy Henry**<br>**C/O Vemics**<br>**523 Avalon Gardens Dr**<br>**Nanuet, NY 10954-7442** | | **1** | **Common** |
| **Nelson Baquet**<br>**14 Hyde Rd**<br>**Bloomfield, NJ 07003-3019** | **Series A** | **3,595** | **Preferred** |
| **Nicolas Hubert**<br>**2101 Lakeview Ridge Cricle**<br>**Building 2, Apt 200**<br>**Apopka, FL 32703** | | **12** | **Common** |
| **Norm H Schroth**<br>**4386 N 75th St**<br>**Scottsdale, AZ 85251-3505** | | **1** | **Common** |
| **Oem Capital**<br>**2507 Post Rd**<br>**Southport, CT 06890-1259** | | **1** | **Common** |
| **Orbut Holdings Inc**<br>**206-1755 Robson St**<br>**Vancouver, QC V6G 3B7**<br>**CANADA** | | **1** | **Common** |
| **Otto Lombardo TR UA Dtd 1-25-11**<br>**Lombardo & Company**<br>**110 Wall St Fl 11**<br>**New York, NY 10005-3834** | | **1** | **Common** |
| **Pablo Vegas**<br>**5424 Crepe Myrtle Cir**<br>**Kissimmee, FL 34787** | | **12** | **Common** |
| **Paul Alper**<br>**PO Box 2222**<br>**Wayne, NJ 07474-2222** | | **1** | **Common** |

List of equity security holders consists of 27 total page(s)

In re:   **iCoreConnect Inc.**   Case No.  **6:25-bk-3390-GER**
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Peter Daley**<br>**47 Ashland Rd**<br>**Summit, NJ 07901-3402** | | **1** | **Common** |
| **Philip Quartuccio**<br>**20 Exchange Pl, Apt 3801**<br>**New York, NY 10005-3219** | **Series A** | **2,020** | **Preferred** |
| **Quail  Ridge Investments LLC**<br>**315 Rainwater Rd**<br>**Senoia, GA 30276-2649** | | **6,743** | **Common** |
| **Reid Moody**<br>**5616 Emerald Forest Dr Apt 106**<br>**Austin, TX 78745-2952** | | **1** | **Common** |
| **Republic Monetary Exchange**<br>**4040 E Camelback Rd**<br>**Phoenix, AZ 85018-2735** | | **2** | **Common** |
| **Richard Brown**<br>**6210 Stable Down**<br>**San Antonio, TX 78249-4604** | | **1** | **Common** |
| **Richard Wellbrock**<br>**100 Monroe St, Apt 312**<br>**Bridgewater, NJ 08807-5006** | | **1** | **Common** |
| **Rick Eisenberg**<br>**295 Central Park W**<br>**New York, NY 10024-3008** | | **2** | **Common** |
| **Robert  J. Wright, Jr.**<br>**298 Dusenberry Hill Rd**<br>**East Nassau, NY 12062-2114** | | **2,361** | **Common** |
| **Robert Desanti**<br>**9128 Easton Grey Ln**<br>**Charlotte, NC 28277-2819** | | **4,750** | **Common** |
| **Robert Dorsett Jr**<br>**12912 Hill Country Blvd Ste F-210**<br>**Austin, TX 78738-6306** | | **2** | **Common** |
| **Robert G. Harris Jr.**<br>**PO Box 1051**<br>**Carrollton, GA 30112-0019** | | **1** | **Common** |

List of equity security holders consists of 27 total page(s)

In re:    **iCoreConnect Inc.**                                      Case No.  **6:25-bk-3390-GER**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Robert Gregory Sweatt**<br>**4825 Davis Ln**<br>**1437**<br>**Austin, TX 78749-4540** | | **1** | **Common** |
| **Robert Hariri**<br>**45 Horsehill Rd Ste 106**<br>**Cedar Knolls, NJ 07927-2009** | | **1** | **Common** |
| **Robert McDermott**<br>**8045 Whitford Ct**<br>**Windermere, FL 34786** | **Series A** | **16,374** | **Preferred** |
| **Robert McDermott**<br>**8045 Whitford Ct**<br>**Windermere, FL 34786** | | **62,841** | **Common** |
| **Robert Millar**<br>**25 Front St**<br>**Denville, NJ 07834-2511** | | **2** | **Common** |
| **Robert Wellbrock**<br>**1275 Rock Ave Apt# 4B**<br>**North Plainfield, NJ 07060** | | **1** | **Common** |
| **Robosmasher Inc.**<br>**8045 Whitford Ct**<br>**Windermere, FL 34786-5617** | | **1,833** | **Common** |
| **Roger Bartel**<br>**3513 Blue Lake Dr**<br>**Spring, TX 77388-5104** | | **76** | **Common** |
| **Rohit Shah**<br>**11866 Padua Ln**<br>**Orlando, FL 32827-7176** | | **63** | **Common** |
| **Rose Family Trust**<br>**C/O Vemics Inc**<br>**3600 Bee Caves Rd Ste 216**<br>**West Lake Hills, TX 78746-5375** | | **1** | **Common** |
| **Rum Island Operating Company**<br>**15423 River Bnd**<br>**San Antonio, TX 78247-2918** | | **1** | **Common** |

List of equity security holders consists of 27 total page(s)

In re:   **iCoreConnect Inc.** _____   Case No.  **6:25-bk-3390-GER** _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ryan Cino**<br>**101 Ridley Ln**<br>**Decatur, GA 30030-2910** | | **462** | **Common** |
| **Ryan Konik**<br>**175 Franklin St Apt 3**<br>**New York, NY 10013-2982** | **Series A** | **2,020** | **Preferred** |
| **Sam P Lisowski**<br>**72 Hernandez Ave**<br>**Palm Coast, FL 32137-3244** | | **101** | **Common** |
| **Saskia Hoppe**<br>**85 W Battery Pl**<br>**Atlanta, GA 30342-2441** | | **525** | **Common** |
| **Sharon Simandi**<br>**523 Avalon Gardens Dr**<br>**Nanuet, NY 10954-7442** | | **1** | **Common** |
| **Shawn Plaster**<br>**C/O Icore Connect**<br>**29 E Crown Point Road, Suite 250**<br>**Ocoee, FL 34761** | | **68** | **Common** |
| **Sheldona G Roden TR**<br>**Of Roden Family Trust**<br>**5869 E Ironwood Dr**<br>**Scottsdale, AZ 85266-6730** | | **114** | **Common** |
| **Shevan James**<br>**930 Sunny Dell Dr**<br>**Orlando, FL 32818** | | **18** | **Common** |
| **Sonoran Pacific Foundation Inc**<br>**4385 N 75th St Ste 201**<br>**Scottsdale, AZ 85251-3559** | | **20** | **Common** |
| **Sonoran Pacific Resources**<br>**4385 N 75th St Ste 201**<br>**Scottsdale, AZ 85251-3559** | | **23** | **Common** |
| **Stacey  & Joseph Trottier JTWROS**<br>**3124 Queens Grant Dr**<br>**Midlothian, VA 23113-3778** | | **50** | **Common** |

List of equity security holders consists of 27 total page(s)

In re:    **iCoreConnect Inc.**                                                    Case No.  **6:25-bk-3390-GER**

                                           Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Stephen Bonner**<br>**401 N Wabash Ave Unit 85F**<br>**Chicago, IL 60611-4005** | | **706** | **Common** |
| **Steve Brinn**<br>**891 Lake Samish Rd**<br>**Bellingham, WA 98229-9396** | | **1** | **Common** |
| **Steven Wubker**<br>**112 W 8th Ave**<br>**Windermere, FL 34786-8708** | | **8,929** | **Common** |
| **Suresh Somwaru**<br>**13446 Lake Blvd**<br>**Winter Garden, FL 34787-9670** | | **12** | **Common** |
| **Susan Thornburg Grant**<br>**31917 Mckinley Run Dr**<br>**Hockley, TX 77447-5369** | | **1** | **Common** |
| **SWC Equities LLP**<br>**19002 N 21st Ave**<br>**Phoenix, AZ 85027-5102** | | **19** | **Common** |
| **Teeple Family Trust**<br>**C/O Company**<br>**Unknown, DE** | | **1** | **Common** |
| **The  Montana Trust**<br>**2516 E Helen St**<br>**Seattle, WA 98112-3618** | | **382** | **Common** |
| **The Ryan Dynasty Trust**<br>**PO Box 1447**<br>**Keller, TX 76244-1447** | | **162** | **Common** |
| **Thomas Owens**<br>**219 Whispering Trails St**<br>**Argyle, TX 76226-4127** | | **1** | **Common** |
| **Timothy Pearson**<br>**10 Turnbull Ln**<br>**Savannah, GA 31410-1267** | **Series A** | **10,774** | **Preferred** |
| **Timothy Pearson**<br>**10 Turnbull Ln**<br>**Savannah, GA 31410-1267** | | **1,402** | **Common** |

List of equity security holders consists of 27 total page(s)

In re:   **iCoreConnect Inc.**                                                 Case No.  **6:25-bk-3390-GER**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **TKA Investments LLC**<br>**3248 Ann Rd SE**<br>**Smyrna, GA 30080-3808** | | **567** | **Common** |
| **Tom Mililli**<br>**19 Dartmoor Dr.**<br>**Mamalapan, NJ 07726** | | **1** | **Common** |
| **Toni Gilbertson**<br>**12201 N Escobar Way**<br>**Phoenix, AZ 85022-5839** | | **6** | **Common** |
| **Travis Dorsett**<br>**C/O Company**<br>**Unknown, DE** | | **1** | **Common** |
| **Trust A Formed Under Bobby Alligood**<br>**Living Trust Lynn Alligood Trustee**<br>**13361 Atlantic Blvd**<br>**Jacksonville, FL 32225-5569** | | **1,006** | **Common** |
| **United Parcel Services**<br>**General Services Co.**<br>**55 Glenlake Pkwy NE**<br>**Sandy Springs, GA 30328-3474** | | **2,986** | **Common** |
| **Valiant Holdings Inc**<br>**C/O Ronald J Stauber**<br>**1880 Century Park E Ste 300**<br>**Los Angeles, CA 90067-1631** | | **1** | **Common** |
| **Victoria Faulk**<br>**3515 Hilltop Ln**<br>**Cocoa, FL 32926-8733** | | **12** | **Common** |
| **Vijay Amritraj**<br>**16501 Sherman Way Ste 130**<br>**Van Nuys, CA 91406-7013** | | **1** | **Common** |
| **Vista Hermosa Inc**<br>**1111 Fishhook Park Rd**<br>**Perscott, WA 99348** | | **2** | **Common** |
| **Volatile Investors LLC**<br>**17835 Gourd Neck Loop**<br>**Winter Garden, FL 34787-3088** | | **704** | **Common** |

List of equity security holders consists of 27 total page(s)

In re:   **iCoreConnect Inc.**                                    Case No.   **6:25-bk-3390-GER**
_____
                 Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Wayne Kalish**<br>**1701 Pine Ave**<br>**Winter Park, FL 32789-2017** | | **17,375** | **Common** |
| **Wesco Energy Corporation**<br>**11429 S Ki Rd**<br>**Phoenix, AZ 85044-2322** | | **19** | **Common** |
| **William M Sheaf TR, UA Dtd 06-18-2021**<br>**William M Sheaf Revocable Trust**<br>**400 W Par St**<br>**Orlando, FL 32804** | **Series A** | **21,547** | **Preferred** |
| **William Pritchett**<br>**1838 NW 93rd Ter**<br>**Plantation, FL 33322-5658** | | **4** | **Common** |
| **William Seery**<br>**C/O Vemics**<br>**523 Avalon Gardens Dr**<br>**Nanuet, NY 10954-7442** | | **1** | **Common** |
| **William Stevens**<br>**1404 Lake Florence Way**<br>**Winter Park, FL 32792-8100** | | **41** | **Common** |
| **Yasmine Weldone**<br>**152 Bridger Trail Ct**<br>**Minneola, FL 34715-6064** | | **17** | **Common** |
| **Yvonne D Delvin & Sindee L Snow JTWROS**<br>**7822 Villa Dr**<br>**Orlando, FL 32836-8702** | | **4,562** | **Common** |
| **Yvonne Hyland**<br>**4 Grove Ln**<br>**Greenwich, CT 06831-5318** | | **16,117** | **Common** |

List of equity security holders consists of 27 total page(s)

In re:   **iCoreConnect Inc.**                                           Case No.  **6:25-bk-3390-GER**
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Chief Financial Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____ 06/05/2025 _____                Signature _____
                                                          Archit Shah

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 27 total page(s)