**Fill in this information to identify the case:**

Debtor name    **iCoreConnect Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known)    **6:25-bk-3390-GER**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ _____ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................... $ _____ 0.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................... $ _____ 0.00

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ _____ 4,854,966.31

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................. $ _____ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$ _____ 5,651,424.00

4. **Total liabilities** ...................................................................................................
   Lines 2 + 3a + 3b          $ _____ 10,506,390.31

**Fill in this information to identify the case:**

Debtor name **iCoreConnect Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known) **6:25-bk-3390-GER**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.** **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| **15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity: | % of ownership | |
| 15.1.  **iCore Midco Inc. - related Debtor** | **100%** % | Undetermined |

Debtor    **iCoreConnect Inc.**
Name

Case number *(If known)*  **6:25-bk-3390-GER**

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.    **Total of Part 4.**
$0.00
Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** **Fictitious name of "FG Merger Corp"** | $0.00 | | $0.00 |

Debtor    **iCoreConnect Inc.**                                    Case number *(If known)*  **6:25-bk-3390-GER**
Name

65.    **Goodwill**

66.    **Total of Part 10.**

| | |
|---|---|
| | $0.00 |

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **iCoreConnect Inc.**
Name

Case number *(If known)*  **6:25-bk-3390-GER**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

**Fill in this information to identify the case:**

Debtor name **iCoreConnect Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known) **6:25-bk-3390-GER**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1 Element SAAS Finance (USA), Inc.**
Creditor's Name

**122 E. Houston St., Ste. 105 San Antonio, TX 78205**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All assets**

**Describe the lien**
**Security Interest**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$1,855,219.31**    Column B: **Undetermined**

**2.2 PIGI Solutions LLC**
Creditor's Name

**30 Fuller Road Needham, MA 02492**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Personal Property**

**Describe the lien**
**Security Interest**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$2,999,747.00**    Column B: **Undetermined**

| Debtor | **iCoreConnect Inc.** | Case number (if known) | **6:25-bk-3390-GER** |
|---|---|---|---|
| | Name | | |

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$4,854,966.31**

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Howard M. Levine, Esq.**<br>**1000 SW Broadway, Suite 1400**<br>**Portland, OR 97205** | Line  **2.1** | |
| **PIGI Solutions, LLC**<br>**c/o Tamposi Law Group**<br>**159 Main St.**<br>**Nashua, NH 03060** | Line  **2.2** | |

**Fill in this information to identify the case:**

Debtor name       **iCoreConnect Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known)   **6:25-bk-3390-GER**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$194,509.60** |
|---|---|---|---|

**1800 Diagonal Lending**
**1800 Diagonal Rd., #623**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$397,500.00** |
|---|---|---|---|

**Agile Capital Funding**
**244 Madison Ave, Suite 168**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$311,429.67** |
|---|---|---|---|

**Bowery Consulting Group Inc.**
**405 5th Ave SSuite 7**
**Naples, FL 34102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**Carly Garrison**
**8045 Whitford Ct.**
**Windermere, FL 34786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **iCoreConnect Inc.** | Case number (if known) | **6:25-bk-3390-GER** |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Crom Cortana Fund LLC**
**228 Park Avenue South PMB 57033**
**New York, NY 10033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,337.31

**CROM Structured Opportunity Fund I LP**
**228 Park Ave. South, PMB 10033**
**New York, NY 10033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Everstar AWS**
**108 Gateway Blvd, Ste 103**
**Mooresville, NC 28117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $859,079.08

**Everstar AWS Strategic**
**Allocation Fund LP**
**108 Gateway Blvd, Ste 103**
**Mooresville, NC 28117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,555.00

**Four Two Nine, Inc.**
**P.O. Box 429**
**Polk City, FL 33868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Jeff and Michelle Long**
**6223 South Hampshire Ct.**
**Windermere, FL 34786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,421,487.73

**Jeff Long**
**6223 South Hampshire Ct.,**
**Windermere, FL 34786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **iCoreConnect Inc.** | Case number (if known) | **6:25-bk-3390-GER** |
| --- | --- | --- | --- |
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $454,131.34 |
| --- | --- | --- | --- |
| | **Jeff Stellinga** <br> **6019 Savanna Oak Aly** <br> **Windermere, FL 34786** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,634.24 |
| --- | --- | --- | --- |
| | **Jefferson Street Capital LLC** <br> **720 Monroe St., Suite C401B** <br> **Hoboken, NJ 07030** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **JM Miller** <br> **1415 Westwicke Place,** <br> **Dayton, OH 45459** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $504,321.23 |
| --- | --- | --- | --- |
| | **LGH Investments, LLC** <br> **6170 Tiki Ct** <br> **San Diego, CA 92130** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $446,044.28 |
| --- | --- | --- | --- |
| | **Lucas Ventures, LLC** <br> **6170 Tiki Ct** <br> **San Diego, CA 92130-5037** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $354,666.67 |
| --- | --- | --- | --- |
| | **Orca Capital LLC** <br> **411 West Putnam Ave, Suite 220,** <br> **Greenwich, CT 06380** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Power Up** <br> **1800 Diagonal Road, Suite 623,** <br> **Alexandria, VA 22314** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **iCoreConnect Inc.** | Case number (if known) | **6:25-bk-3390-GER** |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|

**Robert McDermott**
**8045 Whitford Ct.**
**Windermere, FL 34786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $328,447.25 |
|---|---|---|---|

**Robosmasher, Inc.**
**8045 Whitford Ct.**
**Windermere, FL 34786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82,601.39 |
|---|---|---|---|

**Sharon Sheaf**
**333 Sunset Drive, Unit 101,**
**Fort Lauderdale, FL 33301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82,601.39 |
|---|---|---|---|

**Stacy Sewell**
**4612 Legac Ct.,**
**Sarasota, FL 34241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,252.55 |
|---|---|---|---|

**The Daniel B. Miller Revocable Trust**
**1415 Westwicke Place**
**Dayton, OH 45459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,825.27 |
|---|---|---|---|

**Timothy Joseph Miller**
**1221 6th Street,**
**Golden, CO 80403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tysadco Partners**
**210 West 77th Street#7W**
**New York, NY 10024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor    **iCoreConnect Inc.**                                    Case number (if known)    **6:25-bk-3390-GER**
_____
          Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 5,651,424.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 5,651,424.00 |

**Fill in this information to identify the case:**

Debtor name    **iCoreConnect Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known)    **6:25-bk-3390-GER**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest | |
|         State the term remaining | |
|         List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest | |
|         State the term remaining | |
|         List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest | |
|         State the term remaining | |
|         List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest | |
|         State the term remaining | |
|         List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **iCoreConnect Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known)    **6:25-bk-3390-GER**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **iCore Midco Inc.** | **529 E. Crown Point Rd., Suite 250 Ocoee, FL 34761** | **Element SAAS Finance (USA), Inc.** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.2   **iCore Midco Inc.** | **529 E. Crown Point Rd., Suite 250 Ocoee, FL 34761** | **PIGI Solutions LLC** | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.3   **iCore Midco Inc.** | **529 E. Crown Point Rd., Suite 250 Ocoee, FL 34761** | **Agile Capital Funding** | ☐ D _____<br>■ E/F   **3.2**<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **iCoreConnect Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known)   **6:25-bk-3390-GER**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___June 30, 2025___    X _____
                                       Signature of individual signing on behalf of debtor

                                       **Archit Shah**
                                       Printed name

                                       **Chief Financial Officer**
                                       Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **iCoreConnect Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known)    **6:25-bk-3390-GER**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                  04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ☐ Operating a business<br>■ Other    **Consolidated Gross Revenues** | **$3,565,690.00** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ☐ Operating a business<br>■ Other    **Consolidated Gross Revenues** | **$10,746,466.00** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>■ Other    **Consolidated Gross Revenues** | **$8,153,409.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | iCoreConnect Inc. | Case number *(if known)* | 6:25-bk-3390-GER |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See response to #30** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **iCore Midco, Inc. and iCoreConnect, Inc. vs PIGI Solutions, LLC and John Schneller**<br>**Case No.**<br>**6:25-cv-600-JSS-LHP** | | **US Dsitrict Court**<br>**Middle District of Florida** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Debtor    **iCoreConnect Inc.**                                                   Case number (if known)  **6:25-bk-3390-GER**

---

| Part 5: | Certain Losses |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |

---

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Stichter, Riedel, Blain & Postler, P.A. 110 E. Madison St. Suite 200 Tampa, FL 33602** | **Aggregate amount of attorney fees received on account of Debtor and related Debtor** | **June 2, 2025** | **$70,000.00** |
| | Email or website address **amayer@srbp.com** | | | |
| | Who made the payment, if not debtor? **Jeff Stellinga ($40,000.00), Robert McDermott ($15,000.00), and Carly Garrison ($15,000.00)** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

| Part 7: | Previous Locations |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

---

| Debtor | iCoreConnect Inc. | | Case number *(if known)* | 6:25-bk-3390-GER |

■ Does not apply

| Address | Dates of occupancy From–To |

---

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |

---

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

---

Debtor    **iCoreConnect Inc.**                                   Case number *(if known)*  **6:25-bk-3390-GER**

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    □ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    □ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    □ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    □ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

---

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page **5**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **iCoreConnect Inc.**                                    Case number *(if known)*  **6:25-bk-3390-GER**

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| 25.1.  **iCore Midco Inc.**<br>**529 E. Crown Point Rd., Suite 250**<br>**Ocoee, FL 34761** | | **Dates business existed**<br>**EIN:**  **13-4182867**<br><br>**From-To**  **August 2023 to Present** |

26.  **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Archit Shah**<br>**11858 Aurelio Ln**<br>**Orlando, FL 32827-7135** | **September 2021 to Present** |
| 26a.2.  **CBIZ Advisors**<br>**730 Third Ave., 11th Floor**<br>**New York, NY 10017** | **December 2021 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **CBIZ Advisors**<br>**730 Third Ave., 11th Floor**<br>**New York, NY 10017** | **December 2021 to Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Archit Shah**<br>**11858 Aurelio Ln**<br>**Orlando, FL 32827-7135** | |
| 26c.2.  **CBIZ Advisors**<br>**730 Third Ave., 11th Floor**<br>**New York, NY 10017** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

27.  **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | iCoreConnect Inc. | Case number *(if known)* | 6:25-bk-3390-GER |
|---|---|---|---|

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert McDermott | 8045 Whitford Ct<br>Windermere, FL 34786 | CEO | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Muralidar Chakravarthi | 7324 Ella Lane<br>Windermere, FL 34786 | CTO | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Archit Shah | 11858 Aurelio Ln<br>Orlando, FL 32827-7135 | CFO | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Fidanza | 14031 79th Ave<br>Seminole, FL 33776-3318 | COO | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Shareholders - see attached | | | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Harry Travis | | Director | January 15, 2023 to June 30, 2024 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Kevin McDermott | | Director | January 15, 2023 to April 2025 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Joseph Gitto | | Director | April 15, 2023 to May 15, 2025 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Yvonne Hyland | | Director | August 7, 2024 to March 5, 2025 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **iCoreConnect Inc.**                                Case number *(if known)*   **6:25-bk-3390-GER**

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐  No
   ■  Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Robert McDermott**<br>**8045 Whitford Ct**<br>**Windermere, FL 34786** | **$580,000.00** | **For the 12 months prior to Petition Date** | **Compensation** |
| | Relationship to debtor<br>**Director, Shareholder, President and CEO** | | | |
| 30.2. | **Muralidar Chakravarthi**<br>**7324 Ella Lane**<br>**Windermere, FL 34786** | **$300,000.00** | **For the 12 months prior to Petition Date** | **Compensation** |
| | Relationship to debtor<br>**Shareholder and CTO** | | | |
| 30.3. | **Archit Shah**<br>**11858 Aurelio Ln**<br>**Orlando, FL 32827-7135** | **$354,000.00** | **For the 12 months prior to Petition Date** | **Compensation** |
| | Relationship to debtor<br>**Shareholder and CFO** | | | |
| 30.4. | **David Fidanza**<br>**14031 79th Ave**<br>**Seminole, FL 33776-3318** | **$296,000.00** | **For the 12 months prior to Petition Date** | **Compensation** |
| | Relationship to debtor<br>**Shareholder and COO** | | | |
| 30.5. | **John R Pasqual**<br>**10460 Prestwick Rd**<br>**Boynton Beach, FL 33436-4417** | **$80,000.00** | **For the 12 months prior to Petition Date** | **Compensation** |
| | Relationship to debtor<br>**Shareholder and Director** | | | |
| 30.6. | **Wayne Kalish**<br>**1701 Pine Ave**<br>**Winter Park, FL 32789-2017** | **$43,111.00** | **For the 12 months prior to Petition Date** | **Compensation** |
| | Relationship to debtor<br>**Shareholder and Director** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **iCoreConnect Inc.**                                          Case number *(if known)*   **6:25-bk-3390-GER**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **iCoreConnect, Inc.** | **EIN:**    **86-2462502** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  |  |

**Fill in this information to identify the case:**

Debtor name     **iCoreConnect Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known)    **6:25-bk-3390-GER**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     June 30, 2025

_____     **Archit Shah**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor    **Chief Financial Officer**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

In re   **iCoreConnect Inc.**                                                    Case No.   **6:25-bk-3390-GER**

                                                    Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS
## No. 28 Equity Holders

| Name | Class | Number | Interest |
|---|---|---|---|
| Aaron Lindsey | Series A | 2,240 | Preferred |
| Aaron Smith | | 1 | Common |
| Alamo Opportunity Fund LLC | | 25,128 | Common |
| Alan Grant | | 1 | Common |
| Alan Ostrowski | | 1 | Common |
| Alexis Kartes | | 6 | Common |
| Alissa Gibson | | 1 | Common |
| Alyse Fidanza | Series A | 2,618 | Preferred |
| Alyse Fidanza | | 791 | Common |
| Andrew C & Teresa Tomasik JTWROS | | 1 | Common |
| Andrew P Chochev & Anna Baldyga JTTEN | | 84 | Common |
| Angela Moody | | 1 | Common |
| Annette St. John | | 260 | Common |
| Annette Steinberg | | 1 | Common |
| Anthony Cowan | | 539 | Common |
| Applied Engineering Management Corp. | | 7 | Common |
| Archit Shah | | 12,945 | Common |
| B F Pittman III | | 1 | Common |
| Balagura Sambandam | | 1 | Common |
| Balaguru Sambandam | | 1 | Common |
| Balance Account For Unexchanged Holders | | 28,373 | Common |
| Barbara A Stellinga | | 13 | Common |
| Bill J Tomasik | | 1 | Common |
| Blue Water Investments Group Corp | | 3 | Common |
| Bob Warshawer | | 1 | Common |
| Bowery Consulting Group Inc | | 220,289 | Common |
| Brendon Allday | | 12 | Common |
| Brian Groh | | 1 | Common |
| Brian Groh | | 1 | Common |
| C Christian A Gonzalez | | 3 | Common |
| Caoital Counsel, LLC | | 1 | Common |
| Carly Garrison | Series A | 2,602 | Preferred |
| Carly Garrison | Series A | 2,785 | Preferred |
| Carly Garrison | | 2,335 | Common |
| Carol Hancock | | 3 | Common |
| Carvepr | | 1 | Common |
| Catherine A Cabulio | | 1 | Common |
| Cede & Co | Series A | 299,961 | Preferred |
| Cede & Co | | 4,127,023 | Common |
| Center For Sharing Inc | | 1 | Common |

| | | | |
|---|---|---|---|
| Chan Coddington | | 1 | Common |
| Chan Coddington 2008 Short Term Trust | | 2 | Common |
| Charles Olsen | | 1 | Common |
| Chirag Choudhary | Series A | 3,066 | Preferred |
| Chris Gamell | | 19 | Common |
| Chris Mathis | | 1 | Common |
| Christian Lapuste | | 42 | Common |
| Christin John Gauquie | | 831 | Common |
| Christopher & Diane Scearce JTWROS | | 31 | Common |
| Clairdis | | 4 | Common |
| Claudia McCain | | 1 | Common |
| Clearthink Capital Partners | Series A | 5,040 | Preferred |
| Clearthink Capital Partners LLC | | 197,767 | Common |
| Cobblestone Capital Associates, LLC | | 11,865 | Common |
| Cody Thomas | | 12 | Common |
| Colin Krieger | | 1 | Common |
| Collin Schmitt | | 6 | Common |
| Constance Rollberg | | 539 | Common |
| Craig Bartlett | | 1 | Common |
| Craig Stout & Laura Martin-Stout | | 1 | Common |
| Crom Cortana Fund LLC | | 1,282 | Common |
| Damon Menne | | 6 | Common |
| Damvix Advisors LLC | Series A | 10,468 | Preferred |
| Dan Hajjar | | 1 | Common |
| Dan K Webb | | 2 | Common |
| Daniel Burns | | 3 | Common |
| Daniel K Webb | | 2 | Common |
| Davi Holdings, LLC | | 2,043 | Common |
| David Fidanza | Series A | 40,939 | Preferred |
| David Fidanza | | 3,899 | Common |
| David Gerrard | | 41 | Common |
| David Kibbe | | 1 | Common |
| David Pettigrew | | 1 | Common |
| David Ritmueller | | 1 | Common |
| David Weinstein | | 2 | Common |
| David Weissberg | | 15 | Common |
| Denis Bignold | | 1 | Common |
| Dennis Bartlett | | 1 | Common |
| Dhamija Trust | | 1,406 | Common |
| Don Hancock | | 2 | Common |
| Donald Hersh | | 1 | Common |
| Donald Miller | | 1 | Common |
| Dorathey McFaul | | 1 | Common |
| Dorothy A Stone Investments LLC | | 53 | Common |
| Doug Player | | 1 | Common |
| EBM Inc | | 2 | Common |
| Ed Nunn | | 6 | Common |

| | | | |
|---|---|---|---|
| Ed Ryterband | | 1 | Common |
| Edward Jacob Liff | | 143 | Common |
| Edward Liff | Series A | 1,120 | Preferred |
| Edward Steelman | | 58 | Common |
| Equity Trust Co FBO Peter Huitsing IRA | | 4,913 | Common |
| Eric Georgatos | | 2,855 | Common |
| Esther Chapman | | 4 | Common |
| Eugene McNany | | 1 | Common |
| F Chandler Coddington | | 3 | Common |
| Family Life Educational Ministries Inc | | 2 | Common |
| Felix M & Angela Gonzalez Jt Ten | | 168 | Common |
| Fordham Financial Management Inc. | Series A | 9,016 | Preferred |
| Frank Pellegrino | | 1 | Common |
| Frankie Oliverio | | 1 | Common |
| Franklyn Ideas | | 1 | Common |
| Fred Anton Stahl | | 1 | Common |
| Fund Management Group LLC | | 2,457 | Common |
| Fundamental Global Inc | | 15,811 | Common |
| G Allen Andreas | | 4 | Common |
| Gail Ann Barrett | | 187 | Common |
| Gary Boyer | Series A | 17,920 | Preferred |
| Gene E Crick & Bonnie M Crick JTWROS | | 108 | Common |
| Gene McNany | | 1 | Common |
| Genisis | | 1 | Common |
| Gil Fishman Associates | | 1 | Common |
| Glen Kessler | | 1 | Common |
| Granger Whitelaw | | 1 | Common |
| Gregory J. Owens Revocable Trust | | 163 | Common |
| Gregory Morton | | 257 | Common |
| Hans Warrick Jervis | | 274 | Common |
| Harry Martin Jr. | | 4 | Common |
| Healthcare USA | | 5 | Common |
| Henry Denis | | 6 | Common |
| High Sonoran Group Inc | | 5 | Common |
| Icoreconnect Balance Account | | 6 | Common |
| Icoreconnect Inc Balance Certificate | | 6 | Common |
| Imber Investments, LLC | | 159 | Common |
| Insite | | 1 | Common |
| Interactive | | 1 | Common |
| Jack Edward Oxendine | | 67 | Common |
| Jack Touhey | | 1 | Common |
| Jacob Robenalt | | 1 | Common |
| James Rickard | | 185 | Common |
| James Roden | | 3 | Common |
| Jan Henningsen | | 541 | Common |
| Jared Madellin | | 84 | Common |
| Jason Prentice | Series A | 5,205 | Preferred |

| Name | Series | Shares | Class |
|------|--------|--------|-------|
| Jason Prentice | Series A | 5,569 | Preferred |
| JD Investments Inc | | 1 | Common |
| JDS Trust | | 2 | Common |
| JDS Trust Dtd 08/22/2004 | | 2 | Common |
| Jeff Stellinga | Series A | 5,600 | Preferred |
| Jeff Stellinga | | 15,645 | Common |
| Jefferson Street Capital, LLC | | 1,282 | Common |
| Jeffrey Holt | | 539 | Common |
| Jeffrey L Hines | | 1 | Common |
| Jeffrey Singer | Series A | 136 | Preferred |
| Jeffrey Stellinga | Series A | 5,234 | Preferred |
| Jerry D Smith Trustee | | 95 | Common |
| Jerry Smith TR UA Dtd 08-22-05 | | 25 | Common |
| Jerry Smith TR UA Dtd 1-25-91, JDS Trust | | 3 | Common |
| Jerry Smith TR UA Dtd 1-25-91, JDS Trust | | 2 | Common |
| Jerry Smith TR UA Dtd 1-25-91, JDS Trust | | 2 | Common |
| Jim Pennington | | 1 | Common |
| Joanna Dames | | 32 | Common |
| Joe Marziale | | 116 | Common |
| John A & Margaret Sturm Trust | | 211 | Common |
| John Conner | | 1 | Common |
| John Cork | | 3 | Common |
| John Fitzgibbon | | 524 | Common |
| John Meade | | 1 | Common |
| John R & Nicole L Pasqual JTWROS | | 671 | Common |
| John R Pasqual | Series A | 2,800 | Preferred |
| John R Pasqual | | 24,917 | Common |
| John Walber | | 2 | Common |
| Jonte Janica | | 12 | Common |
| Joranamo Holdings LP | | 19 | Common |
| Jose Luis Guerra Jr | | 18 | Common |
| Joseph Gitto | | 539 | Common |
| Joshua Coffey | | 6 | Common |
| JTJ Capital LLC | | 19 | Common |
| Jubilee Fellowship Inc | | 2 | Common |
| Kaitlyn Thompson | | 84 | Common |
| Karl Schlegal | | 1 | Common |
| Kekoz Investments LLC | | 5 | Common |
| Kelly Velez | | 12 | Common |
| Ken Mathews | | 1 | Common |
| Kenneth Matthews | | 1 | Common |
| Kevin Mangan | Series A | 63,516 | Preferred |
| Kevin McDermott | Series A | 1,120 | Preferred |
| Kevin P McDermott | | 17,554 | Common |
| Konstantine Ushakov | | 1 | Common |
| Larry G Swets Jr | | 2,843 | Common |
| Larry Shemen | | 1 | Common |

| Name | Series | Shares | Class |
|---|---|---|---|
| Larry Shemen | | 1 | Common |
| Learningstation, Inc | | 4 | Common |
| Lee Larson | Series A | 2,240 | Preferred |
| Lee Olsen | | 1 | Common |
| Lisa Wojcik | | 6 | Common |
| Liza Rivera | | 6 | Common |
| Lorena Sicilia | | 1 | Common |
| Louis Meade & Margret Meade | | 1 | Common |
| Lucinda Smith | | 95 | Common |
| Lyndsey Tysiac | | 6 | Common |
| Lynn Alligood Living Trust | | 671 | Common |
| Madison Trust Co Cust | | 2,078 | Common |
| Madison Trust Co FBO | | 1,844 | Common |
| Madison Trust Co FBO | | 1,173 | Common |
| Manuel Estrada Jr | | 42 | Common |
| Maria Robles | Series A | 68 | Preferred |
| Mark McFaul | | 1 | Common |
| Mark Meade | | 1 | Common |
| Mark Vitale | | 1 | Common |
| Martin Janis & Company | | 1 | Common |
| Mary Ann Parham | | 1 | Common |
| Mary B. Stevens | | 40 | Common |
| Mary Bisson | | 84 | Common |
| Mason Stellinga | | 6 | Common |
| Matt Pollack | | 1 | Common |
| Matthew Gill | | 6 | Common |
| Matthew Merkle | | 10 | Common |
| MDMC Law | | 1 | Common |
| Medunity | | 6 | Common |
| Mia Demelo-Cole | | 6 | Common |
| Michael A. Kirk | | 2 | Common |
| Michael Allen Nelson | | 409 | Common |
| Michael Biederman | | 623 | Common |
| Michael Islik | | 1 | Common |
| Michael Lorelli | | 1 | Common |
| Michael McGee | | 1 | Common |
| Muralidar Chakravarthi | | 3,398 | Common |
| Myleaderboard Inc | | 1 | Common |
| Nancy Henry | | 1 | Common |
| Nelson Baquet | Series A | 3,595 | Preferred |
| Nicolas Hubert | | 12 | Common |
| Norm H Schroth | | 1 | Common |
| Oem Capital | | 1 | Common |
| Orbut Holdings Inc | | 1 | Common |
| Otto Lombardo TR UA Dtd 1-25-11 | | 1 | Common |
| Pablo Vegas | | 12 | Common |
| Paul Alper | | 1 | Common |

| Name | Series | Shares | Class |
|---|---|---|---|
| Peter Daley | | 1 | Common |
| Philip Quartuccio | Series A | 2,020 | Preferred |
| Quail  Ridge Investments LLC | | 6,743 | Common |
| Reid Moody | | 1 | Common |
| Republic Monetary Exchange | | 2 | Common |
| Richard Brown | | 1 | Common |
| Richard Wellbrock | | 1 | Common |
| Rick Eisenberg | | 2 | Common |
| Robert  J. Wright, Jr. | | 2,361 | Common |
| Robert Desanti | | 4,750 | Common |
| Robert Dorsett Jr | | 2 | Common |
| Robert G. Harris Jr. | | 1 | Common |
| Robert Gregory Sweatt | | 1 | Common |
| Robert Hariri | | 1 | Common |
| Robert McDermott | Series A | 16,374 | Preferred |
| Robert McDermott | | 62,841 | Common |
| Robert Millar | | 2 | Common |
| Robert Wellbrock | | 1 | Common |
| Robosmasher Inc. | | 1,833 | Common |
| Roger Bartel | | 76 | Common |
| Rohit Shah | | 63 | Common |
| Rose Family Trust | | 1 | Common |
| Rum Island Operating Company | | 1 | Common |
| Ryan Cino | | 462 | Common |
| Ryan Konik | Series A | 2,020 | Preferred |
| Sam P Lisowski | | 101 | Common |
| Saskia Hoppe | | 525 | Common |
| Sharon Simandi | | 1 | Common |
| Shawn Plaster | | 68 | Common |
| Sheldona G Roden TR | | 114 | Common |
| Shevan James | | 18 | Common |
| Sonoran Pacific Foundation Inc | | 20 | Common |
| Sonoran Pacific Resources | | 23 | Common |
| Stacey  & Joseph Trottier JTWROS | | 50 | Common |
| Stephen Bonner | | 706 | Common |
| Steve Brinn | | 1 | Common |
| Steven Wubker | | 8,929 | Common |
| Suresh Somwaru | | 12 | Common |
| Susan Thornburg Grant | | 1 | Common |
| SWC Equities LLP | | 19 | Common |
| Teeple Family Trust | | 1 | Common |
| The  Montana Trust | | 382 | Common |
| The Ryan Dynasty Trust | | 162 | Common |
| Thomas Owens | | 1 | Common |
| Timothy Pearson | Series A | 10,774 | Preferred |
| Timothy Pearson | | 1,402 | Common |
| TKA Investments LLC | | 567 | Common |

| | | | |
|---|---|---|---|
| Tom Mililli | | 1 | Common |
| Toni Gilbertson | | 6 | Common |
| Travis Dorsett | | 1 | Common |
| Trust A Formed Under Bobby Alligood | | 1,006 | Common |
| United Parcel Services | | 2,986 | Common |
| Valiant Holdings Inc | | 1 | Common |
| Victoria Faulk | | 12 | Common |
| Vijay Amritraj | | 1 | Common |
| Vista Hermosa Inc | | 2 | Common |
| Volatile Investors LLC | | 704 | Common |
| Wayne Kalish | | 17,375 | Common |
| Wesco Energy Corporation | | 19 | Common |
| William M Sheaf TR, UA Dtd 06-18-2021 | Series A | 21,547 | Preferred |
| William Pritchett | | 4 | Common |
| William Seery | | 1 | Common |
| William Stevens | | 41 | Common |
| Yasmine Weldone | | 17 | Common |
| Yvonne D Delvin & Sindee L Snow JTWROS | | 4,562 | Common |
| Yvonne Hyland | | 16,117 | Common |