

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/09/2025 11:00 AM

COURTROOM   6D, 6th Floor

HONORABLE GRACE ROBSON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:25-bk-03390-GER** | **11** | **06/02/2025** |

**Chapter 11**

**DEBTOR:**          iCoreConnect Inc.

**DEBTOR ATTY:**  **Charles Postler**

**TRUSTEE:**          **NA**

**HEARING:**

1)   Initial Status Conference
CONT. STATUS CONFERENCE:
2)   Debtor's Emergency Motion to Use Cash Collateral (Doc #30)
(granted on an interim basis Doc #62)
PIGI's Response (Doc #42)
3)   PIGI's Emergency Motion for Prospective Relief from Stay Re: All Assets (Doc #47)
Debtor's Joint Response (Doc #90)
4) iCore Midco's Motion/Application to Pay Post-Petition Compensation to Executive Management Team (Doc #55)
(granted on interim basis)
PENDING:
US Trustee's Appointment of Official Committee of Unsecured Creditors (Doc #64)
Debtor's Application to Employ Jay Ruby, Esq. and Nelson Mullins Riley & Scarborough, LLP as Special Business Immigration
          Counsel As of the Petition Date (Doc #66) filed 6/25/25 w/NN
Debtor's Application to Employ Kashmira Bhavsar and Bhavsar Law Group, P.A. as Special Immigration Counsel as of The
          Petition Date (Doc #72) filed 6/30/25 w/NN
(Shuker) Application to Employ Shuker & Dorris, P.A. as Counsel to the Official Committee of Unsecured Creditors (Doc #74) filed
          7/1/25 w/NN
Debtor's Emergency Motion for Protective Order and Objection to PIGI Solution, LLC's Notice of 2004 Examination of
          iCoreConnect Inc (Doc #91) filed 7/8/25
Note: 6/10/25; 6/12/25; 6/24/25
341 Scheduled 7/7/25; 7/23/25
Claims Deadline: 8/11/25
Joint Case Summary (Doc 9) AMENDED (Doc 25)
Amended Petition (Doc 27)
Schedules (Doc #78)
Future Hearing:
Jointly Administered:
25-3391 iCore Midco

**APPEARANCES:**:   Amy Mayer (Debtor Atty); Audrey Aleskovsky (US Trustee Atty); Howard Levine (Element Atty); Ken Mather (PIGI Atty); Scott Shuker (Committee Atty);

**RULING:**

1)   Initial Status Conference -   cont. to status conference on August 5, 2025 at 1:30 pm (AOCNFNG);


CONT. STATUS CONFERENCE:

2)   Debtor's Emergency Motion to Use Cash Collateral   (Doc #30) - Granted on a 2nd interim basis to 8/5/25; cont. to August 5, 2025 at 1:30 pm:Order by MAYER;


3)   PIGI's Emergency Motion for Prospective Relief from Stay Re: All Assets   (Doc #47) - cont. to final hearing on August 5, 2025 at 1:30 pm:Order by CHAMBERS;


4) iCore Midco's Motion/Application to Pay Post-Petition Compensation to Executive Management Team   (Doc #55) - Granted on a 2nd interim basis to 8/5/25; cont. to August 5, 2025 at 1:30 pm:Order by MAYER;

 NOTE:   Debtor's Emergency Motion for Protective Order and Objection to PIGI Solution, LLC's Notice of 2004 Examination of iCoreConnect Inc (Doc #91) filed 7/8/25 - Withdrawn on the record (PIGI will withdraw notice of 2004 examination); (gww).

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.