UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                           Chapter 11

ICORECONNECT INC.,                               Case No. 6:25-bk-3390-GER
ICORE MIDCO INC.,                                Case No. 6:25-bk-3391-GER

    Debtor.                                  *Jointly Administered Under*
_____/        *Case No. 6:25-bk-3390-GER*

ICORECONNECT INC.,                               Case No. 6:25-bk-3390-GER

    Applicable Debtor.
_____/

## NOTICE OF CORRECTED ADDRESS OF CREDITOR

The **Debtor**, by and through its undersigned attorneys, hereby gives notice that the

undersigned has been informed of the correct addresses of the creditor set forth below:

| **Incorrect Address** | **Corrected Address** |
|---|---|
| Bowery Consulting Group Inc.<br>405 5th Ave. Suite 7<br>Naples, FL 34102 | Bowery Consulting Group Inc.<br>1130 3rd Avenue S.  414<br>Naples, Florida 34102 |

The Debtor requests that the Clerk correct the mailing matrix by deleting the incorrect

name and address and inserting the correct name and address in its place.

*/s/ Amy Denton Mayer*
Amy Denton Mayer (FBN 634506)
Stichter, Riedel, Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Email:  amayer@srbp.com
Attorneys for Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Corrected Address of Creditor* was furnished on this 11th day of July, 2025, by transmission of notices of electronic filing generated by the Court's CM/ECF electronic noticing system to the parties receiving electronic noticing and by U.S. Mail to:

Bowery Consulting Group Inc.
1130 3rd Avenue S.  414
Naples, Florida 34102


/s/ Amy Denton Mayer
Amy Denton Mayer

4910-8714-2229, v. 1